UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GARY KOSSEFF, INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED
vs.
Defendant
MBIA, INC., ET AL.,

Case No.: 08 CV 2362
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on ___3|12|08___

I, Angelina Mare, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 13 2008 4:50PM, I executed service of SUMMONS AND CLASS ACTION COMPLAINT AND JURY TRIAL DEMANDED on GARY C. DUNTON at MBIA INC., 113 KING Street, ARMONK, Westchester County, NY 10504

By Substituted Service to: Dan McManus, Lawyer, A white male approx. 40-49 years of age 5'8"-5'10" in height weighing 160-190 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____     Execute on Mar 17, 2008
Angelina Mare

State of New York County of _westchm_
Subscribed and sworn to before me, a notary public on Mar 17, 2008

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP

GAIL KAGAN
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Westchester County
Commission Expires June 23rd 20__
Reg. #01KA6094470

Order No. 5291527 SEA

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GARY KOSSEFF, INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED
vs.
Defendant
MBIA, INC., ET AL.,

Case No.: 08 CV 2362
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on ___3|12|08___

I, Angelina Mare, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 13 2008 4:50PM, I executed service of SUMMONS AND CLASS ACTION COMPLAINT AND JURY TRIAL DEMANDED on C. EDWARD CHAPMAN at MBIA INC., 113 KING Street, ARMONK, Westchester County, NY 10504

By Substituted Service to: Dan McManus, Lawyer, A white male approx. 40-49 years of age 5'8"-5'10" in height weighing 160-190 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Angelina Mare

Execute on Mar 17, 2008

State of New York County of ___Westchester___
Subscribed and sworn to before me, a notary public on Mar 17, 2008

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP

GAIL KAGAN
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Westchester County
Commission Expires June 23rd 20__
Reg. #01KA6094470

Order No. 5291528 SEA

Plaintiff
GARY KOSSEFF, INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED
vs.
Defendant
MBIA, INC., ET AL.,

Case No.: 08 CV 2362
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on __3/12/08__

I, Angelina Mare, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Mar 13 2008 4:50PM, I executed service of SUMMONS AND CLASS ACTION COMPLAINT AND JURY TRIAL DEMANDED on MBIA, INC. at 113 KING Street, ARMONK, Westchester County, NY 10504

By Personal Service to: Dan Mc Manus, Lawyer, A white male approx. 40-49 years of age 5'8"-5'10" in height weighing 160-190 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Mar 17, 2008

_____
Angelina Mare

State of New York County of __Westchester__
Subscribed and sworn to before me, a notary public on Mar 17, 2008

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP

NOTARY PUBLIC STATE OF NEW YORK
Qualified in Westchester County
Commission Expires June 23rd 2007
Reg. #01KA6094470

Order No. 5291526 SEA